CUATOTOLAPAM SUGAR COMPANY, Respondent, v. GEORGE FUSS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.